UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHNNY GODFREY, JR. | * | CIVIL ACTION |
| VERSUS | * | NO. 23-7377 |
| FIRST STUDENT, ET AL. | * | SECTION "H" (2) |

## ORDER AND REASONS

Pending before me is Plaintiff Johnny Godfrey, Jr.'s renewed Motion for Appointment of Counsel. ECF No. 44.

On February 16, 2024, the undersigned denied without prejudice Plaintiff's first Motion for Appointment of Counsel (ECF No. 8), explaining that Plaintiff had failed to undertake and/or identify reasonable efforts to locate a qualified attorney on his own behalf and identifying available referral sources. ECF No. 23 at 3-4. In his renewed motion, Plaintiff requests appointment of counsel, but he fails to provide any new information justifying a different outcome. ECF No. 44 at 1. Accordingly,

IT IS ORDERED that Plaintiff's Motion for Appointment of Counsel (ECF No. 44) is DENIED WITHOUT PREJUDICE.

New Orleans, Louisiana, this __12th__ day of March, 2024.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE